IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| ELIJAH W. RATCLIFF | § | |
| v. | § | CIVIL ACTION NO. 9:11cv104 |
| STATE OF TEXAS, *et al.* | § | |

ORDER ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES
MAGISTRATE JUDGE

The Report and Recommendation of the Magistrate Judge, which contains her findings, conclusions, and recommendation for the disposition of this case has been presented for consideration. The Report and Recommendation recommends that the above-styled lawsuit be dismissed with prejudice pursuant to 28 U.S.C. § 1915(e)(2) and that Plaintiff be sanctioned in the amount of $750.00.

No written objections have been filed. The Court therefore adopts the findings and conclusions of the Magistrate Judge as those of the Court.

In light of the foregoing, it is hereby

**ORDERED** that the above-entitled lawsuit is **DISMISSED** with prejudice. 28 U.S.C. § 1915(e)(2). Any motion not previously ruled on is **DENIED**. It is further

**ORDERED** that a monetary sanction of **$750.00** is imposed on Elijah Ratcliff. The Clerk shall not accept any new filings from Elijah Ratcliff unless and until the full monetary sanction is paid.

So **ORDERED** and **SIGNED** this **29** day of **July, 2011.**

_____
Ron Clark, United States District Judge